UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Government,<br><br>v.<br><br>GARYLEE HAIRSTON,<br><br>Defendant. | Criminal No. 08-570-01 (FLW)<br><br>**ORDER** |

This matter having been opened to the Court by the United States of America ("Government"), to vacate an arrest warrant issued by this Court on July 1, 2009 to arrest Defendant Garylee Hairston; it appearing that the Government having informed the Court that the Defendant has been taken into the custody of the U.S. Marshal to be transferred to his designated facility; for these reasons, and for good cause shown:

**IT IS** on this 7TH day of July, 2009

**ORDERED** that the warrant issued on July 1, 2009 is vacated.

_____
Freda L. Wolfson, U.S.D.J.